IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JASON JABARA,

        Plaintiff,

v.  :  3:13-CV-02041
        (JUDGE MARIANI)

AETNA LIFE INSURANCE CO.,

        Defendant.

## ORDER

**AND NOW, THIS 9TH DAY OF NOVEMBER, 2015**, upon consideration of Defendant's Motion for Summary Judgment (Doc. 33), Plaintiff's Cross Motion for Summary Judgment (Doc. 35), and all accompanying briefs, **IT IS HEREBY ORDERED THAT**:

1. Plaintiff's Cross Motion for Summary Judgment (Doc. 35) is **DEEMED WITHDRAWN** and is otherwise **DENIED**.

2. Defendant's Motion for Summary Judgment (Doc. 33) is **GRANTED**.

3. Judgment is **HEREBY ENTERED** in favor of the Defendant Aetna Life Insurance Company and against the Plaintiff Jason Jabara.

4. The Clerk of Court is directed to **CLOSE** this case.

                                              Robert D. Mariani
                                              United States District Judge